UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Clyde Lacy Rattler, )
)
      Petitioner, )
)
v. )    Civil Action No. **13 0327**
)
Department of Health )
and Human Services, )
)
      Respondent. )

## MEMORANDUM OPINION

This matter is before the Court on initial review of the *pro se* complaint and application

for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to

dismiss a complaint upon a determination that it, among other grounds, fails to state a claim upon

which relief can be granted or is frivolous. 28 U.S.C. § 1915(e)(2)(B).

Petitioner is a District of Columbia resident seeking a writ of mandamus against the

Department of Health and Human Services. The extraordinary remedy of a writ of mandamus is

available to compel an "officer or employee of the United States or any agency thereof to

perform a duty owed to plaintiff." 28 U.S.C. § 1361. The petitioner bears a heavy burden of

showing that his right to a writ of mandamus is "clear and indisputable." *In re Cheney*, 406 F.3d

723, 729 (D.C. Cir. 2005) (citation omitted). It is well settled that a writ of mandamus is not

available to compel discretionary acts. *See Cox v. Sec'y of Labor*, 739 F. Supp. 28, 30 (D.D.C.

1990) (citing cases).

Petitioner alleges that he applied for supplemental security income ("SSI") "on or about

1983 due to his deform [sic] right elbow . . ." and was denied. Compl. at 1-2. Petitioner admits

that he received a final decision, Compl. at 2, and he does not seek to compel any action on his application or administrative appeal. Rather, petitioner "demands an order from the court in the nature of a writ mandamus compeling [sic] or directing the human race . . . naked on the sidewalk unable to move no part of thier [sic] body for eternity and award petitioner super natural powers the right to due [sic] as he wishes." Compl. at 2. The Court previously dismissed as frivolous plaintiff's similarly pled complaint, *see Rattler v. Dep't of Health and Human Servs.*, Civ. Action No. 12-1427 (D.D.C. Aug. 29, 2012), and it will take the same action here. A separate Order of dismissal accompanies this Memorandum Opinion.

Robert L. Wilkins
United States District Judge

Date: March 5, 2013